IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In re:<br>EISENHARDT,<br><br>    Debtors. | Case No. 5:20-bk-71965-R<br>Chapter 7 |
| In re:<br>ERIC SOLLER | Misc. P. No. 5:21-mp-00702 |

## UNOPPOSED MOTION TO CONTINUE NOVEMBER 3, 2021 HEARING ON UST OBJECTION TO PRO HAC VICE MOTION

Counsel to the debtors in the above-captioned chapter 7 case and the chapter 7 cases referenced in the above-captioned miscellaneous proceeding, Eric Soller, moves the Court to continue the hearing currently scheduled for 9:00 a.m. on November 3, 2021. The hearing has been set to consider the Amended Motion to Appear *Pro Hac Vice* found at docket entry 12 (the "Pro Hac Vice Motion") concerning Soller's intended counsel, Daniel Garrison, and the United States Trustee's opposition to Mr. Garrison's *pro hac vice* admission found at docket entry 20 (the "UST Objection"). In support of this motion, counsel represents as follows:

    1.    As the Court is aware, the parties cooperated in continuing the original, August 25, 2021 hearing on the Court's order and the UST motion concerning Mr. Soller's bifurcation practice, based on Mr. Garrison's planned family vacation out of the country that week.

    2.    On August 27, 2021 (while Garrison remained out of the country), counsel to the UST informed Mr. Garrison via email that 1) the UST intended to seek a further continuance of the original hearing based on the desire to conduct discovery, and 2) the UST intended to object to Mr. Garrison's *pro hac vice* admission. After Mr. Garrison returned from vacation, the parties conducted a telephone conference on Friday, September 3, 2021 to discuss the UST's concerns about the *pro hac vice* admission and to investigate whether an informal resolution was possible.

That discussion ended at an impasse and the UST's counsel informed Mr. Garrison that the UST intended to file a formal objection with the Court that could be expected in the next week or so.

3. On September 10, 2021, the UST filed an objection to the Pro Hac Vice Motion at docket entry 19 and, three days later on September 13, 2021, filed an amended version of that objection (the "UST Objection") at docket entry 20. The UST satisfied its technical duty to serve the UST Objection on Mr. Soller, but did not provide a copy to Mr. Garrison. Unfortunately, Mr. Soller assumed Mr. Garrison was aware of the UST Objection, but Mr. Garrison was not aware of the UST Objection and remained unaware of the filing and the related hearing until Thursday, October 28, 2021. Consequently, no response has been filed to the UST Objection.

4. Garrison, on behalf of Soller, has conferred with counsel to the United States Trustee to discuss the situation and has been authorized to represent to the Court that the UST does not object to: 1) continuing the November 3rd hearing in order to provide an opportunity for a response to be filed to the UST Objection; and, 2) holding the continued hearing on the Pro Hac Vice Motion via video so as to relieve the burden on Garrison to travel and appear in person where his status to represent Soller on substantive matters remains in question.

5. Accordingly, Soller requests that this Court: 1) continue the November 3, 2021 hearing on the Pro Hac Vice Motion and the UST Objection to a date and time convenient to the Court on or after November 15, 2021; 2) allow Soller (and Garrison) to file a written response to the UST Objection on or before November 5, 2021; and, 3) allow Garrison to participate in the continued hearing on the Pro Hac Vice Motion via video.

RESPECTFULLY SUBMITTED this 29th day of October, 2021.

*/s/ Eric Soller*
Eric Soller
Soller Law Firm
P.O. Box 814
Charleston, AR 72933
Tel: (479) 883-1664
Fax: (479) 965-7784
esoller73@gmail.com

## CERTIFICATE OF MAILING

This is to certify, under penalty of perjury, that on October 29, 2021 the foregoing was e-mailed to those parties in interest set forth below.

Kathryn M.C. Worlow, Esq.
Trial Attorney
Office of the United States Trustee
200 West Capitol Ave., Suite 1200
Little Rock, AR 72201-3618
kathryn.m.worlow@usdoj.gov